CO-386
10/2018

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics in Washington and Noah Bookbinder

           Plaintiff

vs

Federal Election Commission

           Defendant

Civil Action No. 19-2753

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Citizens for Responsibility and Ethics in Washington__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens for Responsibility and Ethics in Washington__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

1008120
BAR IDENTIFICATION NO.

Laura Beckerman
Print Name

1101 K St NW, Suite 201
Address

Washington, DC 20001
City    State    Zip Code

(202)408-5565
Phone Number