AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-02753

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Barr, U.S. Attorney General
was received by me on *(date)* 9/30/19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on September 23, 2019 to the Federal Election Commission, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/1/19

*Server's signature*

Eden Tadesse, Legal Assistant
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
455 Massachusetts Ave N.W.
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-02753

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____Federal Election Commission____

was received by me on *(date)* ____9/30/19____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on September 23, 2019 to the Federal Election Commission, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/1/19

*Server's signature*

Eden Tadesse, Legal Assistant
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
455 Massachusetts Ave N.W.
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-02753

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessie K. Liu, US Attorney for the District of Columbia
was received by me on *(date)* 9/30/19 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I sent a copy of the summons and complaint by certified mail on September 23, 2019 to the Federal Election Commission, the US Attorney for the District of Columbia, and the Attorney General of the United States.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/1/19

*Server's signature*

Eden Tadesse, Legal Assistant
*Printed name and title*

Citizens for Responsibility and Ethics in Washington
455 Massachusetts Ave N.W.
Washington D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Another Package +**

Tracking Number: 70183090000074147504                          Remove ✕

Your item was delivered at 4:57 am on September 30, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

September 30, 2019 at 4:57 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 30, 2019, 4:57 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:57 am on September 30, 2019 in WASHINGTON, DC 20530.

September 29, 2019, 11:22 am
Available for Pickup
WASHINGTON, DC 20530

September 29, 2019, 10:54 am
Arrived at Hub
WASHINGTON, DC 20018

**September 28, 2019**
In Transit to Next Facility

**September 26, 2019, 2:30 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 25, 2019, 6:35 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 25, 2019, 5:21 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 24, 2019, 4:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

**September 23, 2019, 10:40 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 23, 2019, 3:24 pm**
USPS in possession of item
WASHINGTON, DC 20005

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70183090000074147498

Your item was delivered to the front desk, reception area, or mail room at 8:12 am on September 30, 2019 in WASHINGTON, DC 20463.

## ✓ Delivered

September 30, 2019 at 8:12 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20463

Get Updates ∨


Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**September 30, 2019, 8:12 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20463
Your item was delivered to the front desk, reception area, or mail room at 8:12 am on September 30, 2019 in WASHINGTON, DC 20463.

**September 29, 2019, 11:42 am**
Available for Pickup
WASHINGTON, DC 20463

September 29, 2019, 11:02 am
Arrived at Hub
WASHINGTON, DC 20018

September 28, 2019
In Transit to Next Facility

September 26, 2019, 2:30 pm
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 25, 2019, 6:35 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

September 25, 2019, 5:21 am
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 24, 2019, 4:51 pm
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

September 23, 2019, 10:40 pm
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

September 23, 2019, 3:24 pm
USPS in possession of item
WASHINGTON, DC 20005

Feedback

## Product Information

See Less 

# USPS Tracking®

FAQs

## Track Another Package +

Tracking Number: 70183090000074147207

Remove

Your item was delivered at 4:57 am on September 30, 2019 in WASHINGTON, DC 20530.

## Delivered

September 30, 2019 at 4:57 am
Delivered
WASHINGTON, DC 20530

Get Updates

Feedback

## Text & Email Updates

## Tracking History

September 30, 2019, 4:57 am
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:57 am on September 30, 2019 in WASHINGTON, DC 20530.

September 29, 2019, 11:22 am
Available for Pickup
WASHINGTON, DC 20530

September 29, 2019, 10:54 am
Arrived at Hub
WASHINGTON, DC 20018

**September 28, 2019**
In Transit to Next Facility

**September 26, 2019, 2:30 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 25, 2019, 6:35 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 25, 2019, 5:21 am**
Departed USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 24, 2019, 4:51 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 23, 2019, 10:40 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**September 23, 2019, 3:24 pm**
USPS in possession of item
WASHINGTON, DC 20005

Feedback

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

```
===============================
     MARTIN LUTHER KING JR
       1400 L ST NW LBBY 2
     WASHINGTON, DC 20005-9997
            104949-0238
           (800)275-8777
===============================
     09/23/2019    03:26 PM
===============================

                          Duplicate
Product            Qty        Unit      Price
                              Price
First-Class Mail®   1        $1.30      $1.30
Large Envelope
  (Domestic)
  (WASHINGTON, DC 20530)
  (Weight:0 Lb 2.50 Oz)
  (Estimated Delivery Date)
  (Wednesday 09/25/2019)
Certified                                $3.50
  (USPS Certified Mail #)
  (70183090000074147504)
First-Class Mail®   1        $1.30      $1.30
Large Envelope
  (Domestic)
  (WASHINGTON, DC 20463)
  (Weight:0 Lb 2.50 Oz)
  (Estimated Delivery Date)
  (Wednesday 09/25/2019)
Certified                                $3.50
  (USPS Certified Mail #)
  (70183090000074147498)
First-Class Mail®   1        $1.30      $1.30
Large Envelope
  (Domestic)
  (WASHINGTON, DC 20530)
  (Weight:0 Lb 2.50 Oz)
  (Estimated Delivery Date)
  (Wednesday 09/25/2019)
Certified                                $3.50
  (USPS Certified Mail #)
  (70183090000074147207)
                                        ------
Total:                                  $14.40

Credit Card Remitd                      $14.40
  (Card Name:AMEX)
  (Account #:XXXXXXXXXXXX1124)
  (Approval #:859957)
  (Transaction #:507)
  (AID:A000000025010801)
  (AL:AMERICAN EXPRESS)           Chip)
  (PIN:Not Required)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

     Preview your Mail
     Track your Packages
     Sign up for FREE @
     www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

     HELP US SERVE YOU BETTER
     TELL US ABOUT YOUR RECENT
       POSTAL EXPERIENCE

           Go to:
   https://postalexperience.com/Pos

    840-5200-0045-002-0047-11778-02

        or call 1-800-410-7420.

       or scan this code with
         your mobile device:

          [QR code]

       YOUR OPINION COUNTS

Receipt #: 840-5200045-2-4711778-2
Clerk: 33
```