## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND NOAH BOOKBINDER** )<br><br>Plaintiffs, )<br><br>v. )<br><br>**FEDERAL ELECTION COMMISSION** )<br><br>Defendant. ) | Civil Action No. 19-2753 |

## REQUEST FOR ENTRY OF DEFAULT

To: Clerk of Court

Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW") and Noah Bookbinder hereby request the entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against Defendant Federal Election Commission for failure to file a valid answer or otherwise respond to Plaintiffs' Complaint within the time allowed by law. *See* Fed. R. Civ. P. 12(a)(2). An affidavit in support of this request is attached as Exhibit 1. A proposed Entry of Default will be filed contemporaneously with this request.

Respectfully submitted,

*/s/ Laura C. Beckerman*
Laura C. Beckerman
(D.C. Bar No. 1008120)
Stuart McPhail
(D.C. Bar No. 1032529)
Citizens for Responsibility and Ethics
  in Washington
1101 K Street, N.W., Suite 201
Washington, DC 20005
Phone: (202) 408-5565
Fax: (202) 588-5020
lbeckerman@citizensforethics.org

**Certificate of Service**

I certify that on January 6, 2020, I caused service of the Request for Entry of Default and attachments to be made on defendant Federal Election Commission by U.S.P.S. First Class Mail as follows:

Federal Election Commission
1050 First Street, N.E.
Washington, DC 20463

*/s/ Laura C. Beckerman*
Laura C. Beckerman