

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND NOAH BOOKBINDER<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION<br><br>Defendant. | Civil Action No. 19-2753 |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

Pursuant to 28 U.S.C. § 1746, I, Laura C. Beckerman, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1. I am Sr. Counsel for Operations and Litigation at Citizens for Responsibility and Ethics in Washington, and I am an active member of the D.C. Bar in good standing.

2. On September 16, 2019, I filed a complaint against the Federal Election Commission ("FEC") for declaratory and injunctive relief, under the Federal Election Campaign Act of 1971 ("FECA"), 52 U.S.C. § 30109(a)(8)(A), challenging the FEC's failure to act on an administrative complaint by Citizens for Responsibility and Ethics in Washington ("CREW") and Noah Bookbinder (collectively "Plaintiffs") against SEALs for Truth, Nicholas Britt, individually and in his capacity as Treasurer for SEALs for Truth, American Policy Coalition, Inc., LG PAC, Richard Monsees, individually and in his capacity as Treasurer for LG PAC, Freedom Frontier, and Unknown Respondents (collectively "Respondents"). *See* Doc. 1.

3. On September 23, 2019, the Clerk of Court issued Summonses to William Barr, U.S. Attorney General; the Federal Election Commission; and Jessie K. Liu, U.S. Attorney for the District of Columbia.

4. On September 23, 2019, my Legal Assistant served a copy of the summons and complaint on William Barr, U.S. Attorney General; the Federal Election Commission; and Jessie K. Liu, U.S. Attorney for the District of Columbia via U.S.P.S. Certified Mail.

5. Service was completed on the U.S. Attorney for the District of Columbia on September 30, 2019.

6. On October 1, 2019, Proofs of Service were filed attesting to the facts described in paragraphs 4-5, above. *See* Doc. 5.

7. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Defendant FEC had sixty days, under November 29, 2019, from the date of service to answer or otherwise respond to Plaintiffs' Complaint. No extensions to this time limit have been requested, consented to, or granted by the Court.

8. Upon information and belief, the defendant is not an infant, incompetent, or presently engaged in military service.

Executed on January 6, 2020.

_____
Laura C. Beckerman
(D.C. Bar No. 1008120)
Citizens for Responsibility and Ethics
 in Washington
1101 K Street, N.W., Suite 201
Washington, DC 20005
Phone: (202) 408-5565
Fax: (202) 588-5020
lbeckerman@citizensforethics.org