IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND NOAH BOOKBINDER**<br><br>  Plaintiffs,<br><br>v.<br><br>**FEDERAL ELECTION COMMISSION**<br><br>  Defendant. | Civil Action No. 19-2753 |

## ENTRY OF DEFAULT

It appearing that Defendant Federal Election Commission is in Default for failure to appear or otherwise defend as required by law, Default is hereby entered against the Federal Election Commission.

Date: _____                   _____
                                  Clerk of Court
                                  United States District Court for the
                                  District of Columbia