**Index of Exhibits**

1. Administrative Complaint (June 29, 2018)
2. Amended Administrative Complaint (Aug. 8, 2018)
3. Second Amended Administrative Complaint (Nov. 20, 2018)
4. Letters from FEC Acknowledging Administrative Complaint and Amended Administrative Complaints (July 6, 2018, Aug. 15, 2018, and Nov. 29, 2018)
5. Press Release, FEC remains open for business despite lack of quorum, (Sept. 11, 2019)
6. FEC, Commission Directive No. 10, Rules of Procedure of the Federal Election Commission Pursuant to 2 U.S.C. 437c(e) (June 8, 1978), Am. Dec. 20, 2007.
7. Ellen L. Weintraub, *The State of the Federal Election Comm'n* (Nov. 1, 2019)
8. Ellen L. Weintraub, *The State of the Federal Election Comm'n: 2019 End of Year* Report (Dec. 20, 2019)
9. Office of Comm'r Ann M. Ravel, *Dysfunction and Deadlock: The Enforcement Crisis at the Federal Election Comm'n Reveals the Unlikelihood of Draining the Swamp* (Feb. 2017)
10. Docket Report as of March 6, 2020