**EXHIBIT 4**



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

Noah Bookbinder, Executive Director
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, NW
Washington, DC 20001

JUL 06 2018

RE: MUR 7422

Dear Mr. Bookbinder:

This letter acknowledges receipt of your complaint on July 2, 2018, alleging possible violations of the Federal Election Campaign Act of 1971, as amended. The respondents will be notified of this complaint within five business days.

You will be notified as soon as the Federal Election Commission takes final action on your complaint. Should you receive any additional information in this matter, please forward it to the Office of the General Counsel. Such information must be notarized and sworn to in the same manner as the original complaint. We have numbered this matter MUR 7422. Please refer to this number in all future communications. For your information, we have attached a brief description of the Commission's procedures for handling complaints.

Any correspondence sent to the Commission must be addressed to one of the following:

| **Mail** | OR | **Email** |
|---|---|---|
| Federal Election Commission | | cela@fec.gov |
| Office of Complaints Examination | | |
| & Legal Administration | | |
| Attn: Kathryn Ross, Paralegal | | |
| 1050 First Street, NE | | |
| Washington, DC 20463 | | |

Sincerely,

Jeff S. Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration

Enclosure:
Procedures



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

Noah Bookbinder, Executive Director
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, NW
Washington, DC 20001

AUG 1 5 2018

RE: MUR 7422

Dear Mr. Bookbinder:

This letter acknowledges receipt on August 9, 2018, of the Amendment to the complaint you filed on June 29, 2018. The respondents will be sent copies of the Amendment. You will be notified as soon as the Federal Election Commission takes final action on your complaint.

Any correspondence sent to the Commission must be addressed to one of the following (note, if submitting via email, this Office will provide an electronic receipt by email):

| **Mail** | OR | **Email** |
|---|---|---|
| Federal Election Commission<br>Office of Complaints Examination<br>& Legal Administration<br>Attn: Kathryn Ross, Paralegal<br>1050 First Street, NE<br>Washington, DC 20463 | | cela@fec.gov |

Sincerely,

Jeff S. Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration



FEDERAL ELECTION COMMISSION
WASHINGTON, D.C. 20463

Noah Bookbinder, Executive Director
Citizens for Responsibility and Ethics in Washington
455 Massachusetts Avenue, NW
Washington, DC 20001

**NOV 2 9 2018**

RE: MUR 7422

Dear Mr. Bookbinder:

This letter acknowledges receipt on November 21 2018, of the Amendment to the complaint you filed on June 29, 2018. The respondents will be sent copies of the Amendment. You will be notified as soon as the Federal Election Commission takes final action on your complaint.

Any correspondence sent to the Commission must be addressed to one of the following (note, if submitting via email, this Office will provide an electronic receipt by email):

**Mail**
Federal Election Commission
Office of Complaints Examination
& Legal Administration
Attn: Kathryn Ross, Paralegal
1050 First Street, NE
Washington, DC 20463

OR

**Email**
cela@fec.gov

Sincerely,

Jeff S. Jordan
Assistant General Counsel
Complaints Examination &
Legal Administration