**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| CITIZENS FOR RESPONSIBILITY <br> AND ETHICS IN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION <br><br> Defendant. | Civil Action No. 19-2753 |

**ENTRY OF DEFAULT JUDGMENT AGAINST FEDERAL ELECTION COMMISSION**

The defendant Federal Election Commission ("FEC"), having failed to plead or otherwise defend in this action, and its default having been entered,

Now upon the application of the plaintiffs, Citizens for Responsibility and Ethics in Washington ("CREW") and Noah Bookbinder (collectively "Plaintiffs"), a declaration from attorney Laura C. Beckerman and supporting exhibits demonstrating, by a claim or right to relief by evidence that satisfies the Court, that the FEC's failure to act on the administrative complaints identified as MUR 7422 is contrary to law, that the FEC is not an infant or incompetent person or in the military service of the United States, and that the Plaintiffs have incurred court costs in the amount of $400, as defined by 28 U.S.C. § 1920,

It is here by **ORDERED, ADJUDGED, AND DECREED** that defendant FEC's failure to act on the Plaintiffs' administrative complaints, MUR 7422, is contrary to law in violation of 52 U.S.C. § 30109(a)(8)(C), that defendant FEC is directed to conform with this declaration within ~~30~~ 90 days, and that Plaintiffs shall recover from the defendant $400 in court costs, pursuant

to 28 U.S.C. § 1920.

    **SO ORDERED, ADJUDGED, AND DECREED**

Dated: 04/09/2020

/s/ Royce. C. Lamberth
Hon. Royce C. Lamberth
U.S. District Court Judge